IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| RICK FRANKLIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1647-SU |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY; MICHAEL | ) | |
| CHERTOFF, in his official capacity as | ) | |
| Secretary of the Department of Homeland | ) | |
| Security; UNITED STATES COAST | ) | |
| GUARD; and THE NATIONAL | ) | |
| POLLUTION FUNDS CENTER, as the | ) | |
| Administrator of the Oil Spill Liability | ) | |
| Trust Fund, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Brien J. Flanagan
David F. Bartz, Jr.
Schwabe Williamson & Wyatt, P.C.
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, Oregon  97204

Page 1 - ORDER

Daniel E. O'Leary
Davis Wright Tremaine, LLP
1300 S.W. 5th Avenue, Suite 2300
Portland, Oregon  97201

  Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
James E. Cox, Jr.
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

  Attorneys for Defendant United States Department of Homeland Security


KING, Judge:

  The Honorable Patricia Sullivan, United States Magistrate Judge, filed Findings and Recommendation on January 16, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

  Accordingly, I ADOPT Magistrate Judge Sullivan's Findings and Recommendation (#48).


///


Page 2 - ORDER

IT IS HEREBY ORDERED that plaintiff's Motion for Summary Judgment (#36) is

denied, and defendants' Motion for Summary Judgment (#42) is granted as to all claims.

Dated this _____4th_____ day of February, 2008.


_____/s/ Garr M. King_____
Garr M. King
United States District Judge